# MAVERICK YACHT MANAGEMENT

**1601-1 N MAIN ST #3159**
**JACKSONVILLE, FL 32206**
**(786) 328-8984**

## YACHT MANAGEMENT AGREEMENT

This YACHT MANAGEMENT AGREEMENT ("Agreement") is made this __18th__ day of __June__, 20__22__, between Maverick Yacht Management LLC ("MYM" or "Manager"), a Florida company, and __Mermaid Marine Holdings LLC__ ("Owner"). MYM and Owner shall collectively be referred to as "Parties."

**WHEREAS**, Owner is the legal and documented owner of the vessel "__SIRENA__" [NAME] a __2008__ [year], __70__ [length] motor yacht bearing HIN: __XSK04238D808__ and __1290651__ [Official Number or registration Number] ("Yacht");

**WHEREAS**, the Owner desires to retain MYM to provide management services to the Yacht subject to the terms and conditions contained in this Agreement.

**NOW THEREFORE**, in consideration of the promises and mutual covenants hereinafter set forth, and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties agree as follows:

1. **Management Services**. Subject to the terms of this Agreement, MYM agreed to provide the following services and benefits to the Owner/Yacht:

    i. Yacht will be thoroughly inspected by MYM on a __WEEKLY__ basis. Any discovered faults, deficiencies or issues will be promptly reported to Owner and/or the Yacht's crew.

    ii. Offer recommendations and input regarding contractors and/or repairers needed.

    iii. Offer recommendations and input regarding captain and crewmembers for retention by Owner.

    iv. MYM will provide Owner with a recommended hurricane safety plan by __March__ of each year.

    v. Provide monthly cash flow and budget reports for analysis to assist Owner transform Yacht into a professional business.

Page **1** of **5**

MAVERICK 001

    vi. Vessel technical assistance for day-to-day and unique needs of Owner and Yacht, through MYM's global database of contacts.

    vii. 24/7 availability to assist with needs of Yacht through MYM's global database of contracts.

    viii. Logistical and managerial support for any boat shows.

    ix. Assist in the marketing and promotion of the Yacht for charter, if desired.

    x. If the Yacht is being offered for sale, MYM will assist in the sale by ensuring the Yacht is ready for showings; coordinating with brokers and/or potential buyers; attending showings and sea trials; and assisting in photography.

2. **Compensation**. Owner shall pay MYM the sum of $ _4250_ .00 per month ("Compensation") for the services described in this Agreement. Payment is due on the _18th_ [day] of each month via wire transfer or credit card. A 3.5% processing fee is added to any credit card payments.

3. **Duration & Cancellation**. The duration of this Agreement will be of _1 Year_ year/month(s) from the date of signature and renewable every _6_ months (6-months if left blank) if agreed to in writing by both parties. If either party wishes to cancel this Agreement, said party may do so after giving 60 days written notice to the other party. Wages are owed to MYM until the expiration of the 60-day notice period unless otherwise agreed to in writing. MYM will return all keys, records, documents, accounts, etc. related to affairs/business of Yacht within five (5) days of the end of the notice period.

4. **Owner's Obligations**. Upon signing contract, Owner shall provide MYM with copies of keys, records, documents, accounts, etc. related to affairs/business of Yacht. Owner shall also ensure MYM has access to the Yacht and inform all crewmembers of MYM's role. In addition, Owner agrees to the following during the term of this Agreement:

    i. To keep MYM apprised of the Yacht's itinerary and location, including any changes in marina;

    ii. To notify MYM at least 48-hours prior to use of the Yacht;

    iii. To notify MYM if the Yacht is listed for sale and provide notice of any changes in ownership.

5. **Location of Yacht.** The terms and obligations in this agreement assume the Yacht is docked at _360 Condominiums_ [name of marina] located at _7900 Harbor Island Dr, North Bay Village, FL 33141_ [address]. Owner agrees to reimburse MYM for any travel expenses incurred for any travel outside of _Dade/Broward_ County.

6. **Maintenance and Running Expenses**. Owner acknowledges and agrees that it is fully responsible for all maintenance and running costs incurred during the terms of this Agreement. Running expenses include, but are not limited to, food, beverage, provisions, fuel, dockage, electric, water, cruising permits, custom's fees, and communications. That being said, MYM shall have the right and authority to enter into contract and agreements on behalf of, and in the name of, the Owner and/or Yacht for any services necessary to the operation and/or maintenance of the Yacht. MYM agrees to seek Owner's permission before entering into any agreement for services that exceed $3,000.00. MYM bears no financial responsibility for maintenance or running expenses.

7. **Insurance**. Owner shall keep the Yacht fully insured and shall add MYM as an additional insured on the policy of insurance.

8. **Disclaimer of Liability and Indemnification Agreement**. OWNERS ASSUMES ALL RESPONSIBILITY FOR INJURY, DEATH, PROPERTY DAMAGE, OR OTHER CLAIMS OF ANY NATURE THAT MAY ARISE DURING THE TERMS OF THIS AGREEMENT AND/OR THE USE OF THE YACHT. OWNER SHALL INDEMNIFY AND HOLD HARMLESS MYM AGAINST AND FROM ANY LOSS OR EXPENSE MYM MIGHT SUFFER, INCLUDING, BUT NOT LIMITED TO, COURT COSTS AND LEGAL FEES, ARISING FROM OR IN ANY WAY RELATED TO THE USE OF THE YACHT, MYM'S MANAGEMENT OF THE YACHT OR THE SERVICES RENDERED PURSUANT TO THIS AGREEMENT. THIS OBLIGATION SHALL SURVIVE BEYOND THE COMPLETION OR TERMINATION OF THIS AGREEMENT.

THERE ARE NO WARRANTIES, REPRESENTATIONS OR REMEDIES WHICH EXTEND BEYOND THIS AGREEMENT. **MYM SPECIFICALLY DISCLAIMS ALL OTHER WARRANTIES, EXPRESSED OR IMPLIED, OTHER THAN THE LIMITED WARRANTY SET FORTH IN THIS PROPOSAL, INCLUDING WITHOUT LIMITATION, ANY WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE OR SEAWORTHINESS. FURTHER, MYM SHALL NOT BE LIABLE FOR ANY INCIDENTAL OR CONSEQUENTIAL DAMAGES, OF ANY KIND OR NATURE, INCLUDING BUT NOT LIMITED TO LOSS OF PROFITS, LOSS OF USE, LOSS OF TIME OR DELAYS.**

9. **Maritime Lien.** Nothing herein shall be deemed to constitute a waiver of MYM's maritime lien. To the contrary, the Owner acknowledges that MYM looks to the credit of the Yacht for any services rendered and that MYM has a maritime lien pursuant to 46 U.S.C. §31342 for any necessaries rendered.

10. **Attorney's Fees**. If any party has to expend attorneys' fees and/or any other costs to enforce this Agreement, or any litigation arising out of or related to this Agreement, then the prevailing party shall be entitled to an award of its attorney's fees and costs.

      11. **Governing Law & Venue**. This Agreement shall be governed in all respects by, and the rights and duties of the Parties hereto shall be determined and interpreted in accordance with, the laws of the State of Florida, without giving effect to choice-of-law principles. The exclusive venue for all legal proceedings shall be in Miami-Dade County, Florida.

      12. **Modifications.** This Agreement contains the entirety of the Parties' agreement and no oral promises or representations have been made which are not expressly set forth herein. No modification or addition to this Agreement will be valid unless in writing, specifically referring to this Agreement and signed by all of the Parties to this Agreement, it being expressly agreed that this Agreement cannot be modified orally, by course of dealing, or by implied agreement.

      13. **Miscellaneous Conditions**:

  i. The Parties acknowledge that this is a contract and may be transmitted between them by facsimile machine and the parties intend that a faxed contract containing either the original and/or copies of the parties' signature shall constitute a binding contract.

  ii. No smoking inside or outside of the Yacht.
  iii. No illegal drugs onboard as defined by the U.S. Coast Guard

  iv. There are no pets allowed onboard the Yacht.

  v. Weekly Interior Cleaning, Weekly Exterior Wash and Detail, Weekly Systems Checks, Hull Diver every 3 weeks

IN WITNESS WHEREOF, Parties hereto have set their hands and seals the day and year first above written.

**OWNER:**



Name: Nick Stocking
Role: Partner Mermaid Marine Holdings LLC

**MAVERICK YACHT MANAGEMENT LLC:**

DocuSigned by:

*Johann Faubel*
FF677EDE51D44C6...

Johann Faubel *as Manager of*
*Maverick Yacht Management LLC*

Page **5** of **5**

MAVERICK 005