**WhatsApp Chat:**
**SIRENA 70 Sunseeker – MAV**

[11:14 AM, 9/29/2022] NICHOLAS STOCKING: Out of danger?
[12:18 PM, 9/29/2022] Alex MYM: Yes sir and we're moving her back tomorrow
[12:20 PM, 9/29/2022] Johann Faubel: ==Windy conditions today still. Waiting for the wind to slow down and we will relocate her tomorrow==
[12:20 PM, 9/29/2022] NICHOLAS STOCKING: No damage?
[12:21 PM, 9/29/2022] Alex MYM: Negative
[7:10 AM, 9/30/2022] Alex MYM: We're underway
[8:33 AM, 9/30/2022] NICHOLAS STOCKING: whats going on?
[8:36 AM, 9/30/2022] Alex MYM: Hey Nick we're out here, heading back to Ftl too rough to come through the cut
[8:37 AM, 9/30/2022] Alex MYM: Will come back through Lauderdale, then head south to your home dock
[8:37 AM, 9/30/2022] NICHOLAS STOCKING: haulover too rough?
[8:37 AM, 9/30/2022] Alex MYM: Yes and government cut
[8:37 AM, 9/30/2022] NICHOLAS STOCKING: k
[8:38 AM, 9/30/2022] Alex MYM: This cold front has brought down some bad weather
[8:40 AM, 9/30/2022] NICHOLAS STOCKING: are you gonna be able to get back in at Lauderdale?
[8:50 AM, 9/30/2022] NICHOLAS STOCKING: Who's driving?
[8:51 AM, 9/30/2022] Alex MYM: Johann
[9:09 AM, 9/30/2022] NICHOLAS STOCKING: What are the alarms that are going off?
[9:12 AM, 9/30/2022] NICHOLAS STOCKING: I hope you guys strapped the fridge closed
[9:45 AM, 9/30/2022] NICHOLAS STOCKING: Is generator off line or something?
[9:54 AM, 9/30/2022] Alex MYM: We just made it back, we're in the Intercoastal now. Taking it all the way back to your Home dock
[10:02 AM, 9/30/2022] NICHOLAS STOCKING: What were the alarms that were going off? And is the generator off-line or something?
[10:02 AM, 9/30/2022] Alex MYM: Generator is online everything is functioning
[10:02 AM, 9/30/2022] Alex MYM: The alarm is coolant temp
[10:02 AM, 9/30/2022] NICHOLAS STOCKING: thats not good
[10:03 AM, 9/30/2022] NICHOLAS STOCKING: what are temps?
[10:03 AM, 9/30/2022] Alex MYM: Both temps are good though
[10:03 AM, 9/30/2022] NICHOLAS STOCKING: what are they?
[10:03 AM, 9/30/2022] Alex MYM: 82 and 84
[10:05 AM, 9/30/2022] NICHOLAS STOCKING: Cameras went off line at 10:53 your time. Heard a lot of crashing sounded like breaking glass.
[10:05 AM, 9/30/2022] Alex MYM: We're at a 1/4 tank want us to get fuel today ? Or do you have a fuel truck fill you up
[10:06 AM, 9/30/2022] Alex MYM: The inlet was way too rough
[10:07 AM, 9/30/2022] Alex MYM: Fridge door wasn't closed, minor glass breakage. We'll get everything taken care of

[10:10 AM, 9/30/2022] NICHOLAS STOCKING: great.  what broke?
[10:26 AM, 9/30/2022] Johann Faubel: Couple of the shelves in the fridge
[10:27 AM, 9/30/2022] Johann Faubel: Alex and I will do a full walkthrough. The inlet was calm when we left lauderdale. By the time we got to haulover we had 8-10 rollers
[10:27 AM, 9/30/2022] Johann Faubel: We kept going to see if Gov cut would be calmer but it was still very rough
[10:27 AM, 9/30/2022] Johann Faubel: So we turned around and came back to lauderdale
[10:28 AM, 9/30/2022] NICHOLAS STOCKING: Windy has been showing 7-8 feet outside Lauderdale. Why would you even go out of the ICW???
[10:29 AM, 9/30/2022] NICHOLAS STOCKING: Miami was worse
[10:31 AM, 9/30/2022] NICHOLAS STOCKING: and why was the fridge not strapped, and everything stowed inside?
[10:32 AM, 9/30/2022] Johann Faubel: We moved some boats back yesterday and it was flat
**Not what he said yesterday. See [12:20 PM, 9/29/2022] Johann Faubel**
[10:33 AM, 9/30/2022] Johann Faubel: Very little wind. All rollers
[10:34 AM, 9/30/2022] San Clemente Sexy My Love: Weather changes quickly there. You should always check the weather first.
[10:34 AM, 9/30/2022] Johann Faubel: We did check the weather and we went out the inlet just fine.
[10:34 AM, 9/30/2022] Johann Faubel: The weather in Miami was completely different then it is here in Fort Lauderdale
[10:36 AM, 9/30/2022] Alex MYM: Lauderdale is calm, haulover was not
[10:41 AM, 9/30/2022] NICHOLAS STOCKING: Please send pictures of all the damage
[10:41 AM, 9/30/2022] NICHOLAS STOCKING: And yes we'd  better get a couple hundred gallons of fuel
[10:42 AM, 9/30/2022] Alex MYM: Following sea, smooth 3-5 foot rollers. 10 second intervals. Coming out of fort laud. We're bringing her down. She's all safe. We're safe.
Will fix the glass drawers etc
[10:54 AM, 9/30/2022] NICHOLAS STOCKING: That scares the shit out of me in open water there
[12:33 PM, 9/30/2022] NICHOLAS STOCKING: Camera is still off line.  Can you fix pls
[3:36 PM, 9/30/2022] NICHOLAS STOCKING: Hey guys?
[3:48 PM, 9/30/2022] Johann Faubel: Hey Nick, we are cleaning up the boat
[3:48 PM, 9/30/2022] Johann Faubel: Alex's phone died
[3:56 PM, 9/30/2022] NICHOLAS STOCKING: Can you send me some pictures please. Also pls PowerPoint cycle the modem. Cameras are off line
[3:57 PM, 9/30/2022] Johann Faubel: Ok will do
[3:58 PM, 9/30/2022] Johann Faubel: Couple of broken items. 2 trays from fridge. Stove top and fwd shower door.
[3:58 PM, 9/30/2022] NICHOLAS STOCKING: Are you frocking kidding me?
[3:59 PM, 9/30/2022] Johann Faubel: Everything else is ok. Could have been much worse.
[4:00 PM, 9/30/2022] Johann Faubel: We will be replacing the stove top.
[4:01 PM, 9/30/2022] NICHOLAS STOCKING: OMG
[4:04 PM, 9/30/2022] NICHOLAS STOCKING: I don't understand what you guys were thinking taking her out in open water with 7-8'. And if you did take her out, why was nothing secured?

[4:05 PM, 9/30/2022] NICHOLAS STOCKING: Are those fridge doors tweaked now from flapping around also ?
[4:07 PM, 9/30/2022] NICHOLAS STOCKING: I just paid for that boat to be in the Lauderdale boat show. This needs to be back to 100% before then
[4:07 PM, 9/30/2022] Johann Faubel: Everything was secured minus the fridge doors. The seas were calm leaving Fort lauderdale as I mentioned before. We went towards haulover and started getting rough so we decided to turn around and when we did there was about an 8 to 10 foot roller that we had to take on the bow. This was what caused the glass to break
[4:07 PM, 9/30/2022] NICHOLAS STOCKING: Why go out of ICW??? It's a straight and smooth shot
[4:08 PM, 9/30/2022] Johann Faubel: We will get her back to 100%. I apologize for this. I've been running yachts out of Miami and Lauderdale for the past 10 years and never encountered seas of this size here locally. Only in Mexico. We did what we had to. Brought the boat in safely and nothing else was damaged
[4:09 PM, 9/30/2022] NICHOLAS STOCKING: What about hull, portholes and ER?
[4:11 PM, 9/30/2022] Johann Faubel: We did a full walk through everything else is fine, we'll take care of it. Shit happens but we are men of our word, boat will be good as new.
[4:25 PM, 9/30/2022] Johann Faubel: This was this morning leaving lauderdale
[4:51 PM, 9/30/2022] NICHOLAS STOCKING: Did salon camera get broken or unplugged?
[4:52 PM, 9/30/2022] Johann Faubel: Heloisa is there now
[4:52 PM, 9/30/2022] Johann Faubel: I'll have her reset it
[4:53 PM, 9/30/2022] NICHOLAS STOCKING: Have her make sure it's still plugged in. Should be a faint green light on front
[4:55 PM, 9/30/2022] Johann Faubel: She's unplugging it and plugging it back in
[5:17 PM, 9/30/2022] NICHOLAS STOCKING: Still offline.
[5:17 PM, 9/30/2022] NICHOLAS STOCKING: Pls do same with modem
[5:24 PM, 9/30/2022] Johann Faubel: Ok
[1:46 PM, 10/2/2022] NICHOLAS STOCKING: Hey Guys, Can you please prepare a report detailing everything that was damaged on Friday, and date repairs/replacements will be completed. Thanks
[2:57 PM, 10/2/2022] Johann Faubel: Hey Nick, yes I will be there tomorrow morning and can get all that over to you
[4:40 PM, 10/3/2022] NICHOLAS STOCKING: Hey Johann, do you have that?
[5:08 PM, 10/3/2022] Johann Faubel: Hey not yet. Meeting with more contractors tomorrow
[5:09 PM, 10/3/2022] Johann Faubel: Glass guys coming tomorrow
[5:18 PM, 10/3/2022] NICHOLAS STOCKING: whats the size on the cook top?
[5:33 PM, 10/3/2022] Johann Faubel: I'm going to try and source one locally. I believe there is a supplier  for European appliances in Fort Lauderdale. I was going to head there in the morning
[5:33 PM, 10/3/2022] NICHOLAS STOCKING: I meant measurements. was going to look for replacements
[1:19 PM, 10/4/2022] NICHOLAS STOCKING: Hey Johann, I need that report pls
[1:19 PM, 10/4/2022] Johann Faubel: Ok I'll type it up and email to you
[1:20 PM, 10/4/2022] NICHOLAS STOCKING: thx
[1:21 PM, 10/4/2022] Johann Faubel: Which email do you want me to send it to?

[2:10 PM, 10/12/2022] Alex MYM: Hi! This is a friendly reminder from Maverick Yacht Management regarding your overdue invoice. As always it's a pleasure working with you. We appreciate your business.
Thank you
[6:05 AM, 10/13/2022] Alex MYM: Good morning, Francisco is there to run systems check, clean strainers etc
[6:05 AM, 10/13/2022] Alex MYM: Hope he's not too early
[6:05 AM, 10/13/2022] Alex MYM: @NICHOLAS STOCKING
[9:04 AM, 10/13/2022] Alex MYM: The air handler is leaking ? What are we looking at here ? Francisco said he trouble shot your leak
[9:05 AM, 10/13/2022] NICHOLAS STOCKING: Woke up to water dripping on me in middle of the night. No one had cleared that condensation drain that we discussed in August. I pointed it out to Johann and we shoved a fish tape through it.  They were supposed to put a capful of bleach in it each week to get rid of the algae. Now we have mold and a ruined headliner in master. Francisco cleared the line this morning but still need to address the mold.
[9:23 AM, 10/13/2022] NICHOLAS STOCKING:
file:///var/mobile/Library/SMS/Attachments/3f/15/5EDD8EAF-7FB8-45D2-85C9-672BDB0C5289/IMG_1595.mov
[9:23 AM, 10/13/2022] Alex MYM: Mold was created in one night ?
[9:23 AM, 10/13/2022] NICHOLAS STOCKING: No. over the last couple of months
[9:35 AM, 10/13/2022] Alex MYM: I can't load that link
[8:34 AM, 10/15/2022] NICHOLAS STOCKING: Hey Johann, can you please be available to drive boat to the yard on Monday. Need to leave here about noon.
[8:35 AM, 10/15/2022] Johann Faubel: Hey Nick I will have Chris run the boat. I have a meeting in Fort Lauderdale that day that I can't miss
[8:36 AM, 10/15/2022] Johann Faubel: Which yard are we taking it to?
[9:11 AM, 10/15/2022] NICHOLAS STOCKING: Cay marine.  Next door to Norseman
[9:11 AM, 10/15/2022] Johann Faubel: Ok
[9:12 AM, 10/15/2022] Johann Faubel: Will you be on board or should we bring a mate to handle lines?
[9:17 AM, 10/15/2022] San Clemente Sexy My Love: Yes. We will be on the boat.
[9:18 AM, 10/15/2022] Johann Faubel: Ok
[9:19 AM, 10/15/2022] San Clemente Sexy My Love: Nick is a good mate… 🛥️ 🤩
[9:30 AM, 10/15/2022] Johann Faubel: Ok sounds good 👍
[9:52 AM, 10/15/2022] NICHOLAS STOCKING: Please have Chris bring the shower door hardware also
[10:00 AM, 10/15/2022] Johann Faubel: The shower door hardware is with the people who are making the door
[10:08 AM, 10/17/2022] Johann Faubel: Good afternoon Nick, just wanted to check in and see if we could close out the pending invoices. Thank you!
[9:37 AM, 10/18/2022] Johann Faubel: Hey Nick fyi, Erico was due to clean the bottom yesterday but we postponed due to the haul out.
[2:44 PM, 10/18/2022] NICHOLAS STOCKING: Hey Johann.  Yes, we met with surveyor from insurance co today then after he left, we started going through everything with the yard people.

They will need to rip up the floors and walls downstairs to determine the scope of the damage. We are looking at months in the yard and we don't know for sure yet if they will even repair or write it off. Besides the obvious carpentry and kitchen, We have multiple stringers delaminated from the hull and the bulkhead between the master and, the guestroom has sheared, cracked and delaminated in multiple places. They do not yet know how far the damage goes where they can't currently see and need to do more exploratory work to ascertain the full extent of the damages.  Hopefully we should have an answer within the next few…
[6:28 PM, 10/18/2022] Johann Faubel: Hey Nick, totally understandable let's close out everything that's pending and we're here to help with anything that you need through out the process.
[6:29 PM, 10/18/2022] Johann Faubel: I have storage room at my house if you need for some of the boxes as well. Anything you need, we are here to help
[12:12 PM, 10/19/2022] NICHOLAS STOCKING: Chris. The clicking you We're hearing the other night while we were being towed was the prop shaft zink that it's slid all the way back against the structure and is now gone
[12:18 PM, 10/19/2022] Chris Wirsing: Roger ok that makes sense
[12:23 PM, 10/19/2022] NICHOLAS STOCKING: The zink that was missing from the black tank discharge was never replaced either after we paid that guy all that money for zinks.
That ER detail was never done either
[12:24 PM, 10/19/2022] Johann Faubel: The engine room detailing was done twice Nick. That I can confirm in person
[1:12 PM, 10/19/2022] NICHOLAS STOCKING: Hey Johann. I'll show you what I'm talking about when we have time. Hey I Forgot to ask you yesterday; the surveyor was asking for pictures of the damage to kitchen floor before they tore it up and pics of the vip shower door. Also they need the shower door hardware
[2:01 PM, 10/19/2022] Johann Faubel: Ok I'll send those over. Don't have a pic of the broken shower door. The shower door hardware is going on the new door that should be complete next week
[7:39 AM, 10/27/2022] Johann Faubel: Good morning Nick, Marco Glass and Doors just called me, the shower door is ready for install. Should I tell them to hold off or is it good to go and install today?
[2:55 PM, 8/28/2023] NICHOLAS STOCKING: Hi Johann, Alex, I need one of you to call me pls asap.


**Johann Faubel Chat:**

[4:39 PM, 10/4/2022] Johann Faubel: Hey Nick, Alex and I just spoke. We are waiting for the quote to come in for the shower glass. We have been looking for the cook top and have a solid lead on a 230V 50HZ cooktop same or higher quality then what was previously there.

At the moment the items that are damaged are the shower glass, cooktop, fridge glass shelves x1 and granite counter next to the stove.

==**Alex and I will be covering the costs for the repairs.**== We don't want to tarnish our relationship and want to do things right by you. We will have it all done prior to the boat show.
[4:40 PM, 10/4/2022] Johann Faubel: We have sourced the granite, fridge shelves, glass and contractors for the installs
[4:40 PM, 10/4/2022] Johann Faubel: Only thing missing is the stove.
[1:12 PM, 10/6/2022] NICHOLAS STOCKING: Hey Johann, What's going on with the boat?
[1:18 PM, 10/6/2022] Johann Faubel: Hey Nick, glass is ordered. Stove is ordered. As soon as stove arrives they will install and install new granite at same time. Matched the color. Black Galaxy Granite.
[7:03 AM, 10/8/2022] NICHOLAS STOCKING: Hey Johann. Pls give me a call
[6:49 AM, 10/9/2022] Johann Faubel: Hey Nick, there was an accident on 95. Going to be a little delayed
[8:46 AM, 10/9/2022] Johann Faubel: https://www.nhc.noaa.gov/archive/2022/IAN.shtml
[11:45 AM, 10/10/2022] NICHOLAS STOCKING: Hey Johann. Can you explain to the cleaners not to fold up the silver heat shield I made for the windscreen pls.  No Englais. I explained it to them and they did it again anyway. They either need to keep it flat or roll it up so it doesn't tweak
[12:11 PM, 10/10/2022] NICHOLAS STOCKING: Hey Johann. Pls give me a call
[1:56 PM, 10/28/2022] Johann Faubel: Hey Nick, at the boat show. Service is really bad here
[1:58 PM, 10/28/2022] NICHOLAS STOCKING: NP.  Sorry for late response, was flying yesterday. Pls just give me a call when you get a chance
[8:09 AM, 1/9/2023] NICHOLAS STOCKING: Good Morning Johann, Can you please drop off the shower door hardware to Joe Schecter at Cay Marine in Miami when you get a chance. 501 N.W. South River Dr. Miami, FL 33136  It'll be a few months till they're ready for it but I just want to get everything in one place so it doesn't get lost. Thanks
[8:28 AM, 1/9/2023] Johann Faubel: Hey Nick, the shower door is complete. I have the entire unit ready for install do you want me to have them drop it off there?
[8:30 AM, 1/9/2023] NICHOLAS STOCKING: Yes please. Pls give them give it to Joe Schechter or Michael.  Thanks
[8:39 AM, 1/9/2023] Johann Faubel: Ok will do. I'll keep you posted
[7:27 AM, 1/12/2023] Johann Faubel: They will be dropping off today or tomorrow.
[7:27 AM, 1/12/2023] Johann Faubel: I also have the ceramic stove here at my house. Would you like me to drop off as well?
[9:08 AM, 1/13/2023] Johann Faubel: They're 15 mins away
[9:08 AM, 1/13/2023] Johann Faubel: Dropping off the shower door to Cay Marine
[11:24 AM, 8/24/2023] NICHOLAS STOCKING: Hi Johann! Hope all is well with you.  Can you give me a call please.  949-547-9883
Thanks