UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NUMBER: 1:24-cv-20989

**MERMAID MARINE HOLDINGS, LLC,** a Florida Limited Liability Company and **AQUARIUS EAST TOURS, INC.,** an inactive Florida for Profit Business,

   *Plaintiffs,*

v.

**MAVERICK YACHT MANAGEMENT LLC,** a Florida for Profit Business, **JOHANN FAUBEL,** an individual, and **JUAN MEIRELES**, an individual,

   *Defendants*.

## PLAINTIFFS' RULE 26(A)(1) INITIAL DISCLOSURES

COMES NOW, Plaintiffs, MERMAID MARINE HOLDINGS, LLC, and AQUARIUS EAST TOURS, INC., who make their initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure and this Court's Order Governing Proceedings.

Dated: November 18, 2024.

Respectfully Submitted,

JOHNS LAW GROUP, PLLC

By: */s/ Jeremiah N. Johns*

JEREMIAH N. JOHNS
Florida Bar No. 97323
1 East Broward Boulevard, Suite 700
Fort Lauderdale, Florida 33301
Tel:   (954) 526-5080
Fax:   (866) 200-2747
jjohns@johnslawgroup.com

ATTORNEY FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been forwarded to all counsel of record by U.S Mail, electronic mail, facsimile or hand delivery, this 18th day of November 2024.

/*s/ Jeremiah Johns*
Jeremiah Johns

## PLAINTIFFS' RULE 26(a)(1) INITIAL DISCLOSURES

i. **The name, if known, address, and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.**

    a) Mermaid Marine Holdings, LLC
       c/o Johns Law Group, PLLC
       1 East Broward Boulevard, Suite 700
       Fort Lauderdale, Florida 33301
       Telephone: (866) 970-0977
       *Co-Plaintiff*

    b) Aquarius East Tours, Inc.
       c/o Johns Law Group, PLLC
       1 East Broward Boulevard, Suite 700
       Fort Lauderdale, Florida 33301
       Telephone: (866) 970-0977
       *Co-Plaintiff*

    c) Nicholas Stocking
       c/o Johns Law Group, PLLC
       1 East Broward Boulevard, Suite 700
       Fort Lauderdale, Florida 33301
       Telephone: (866) 970-0977
       *Owner of Plaintiff Entities*

       Mr. Stocking, in capacity as owner of Mermaid Marine Holdings and Aquarius East Tours, Inc., will be asked to provide information about the yacht management agreement, vessel, the incident causing damage to the vessel, and the cost to repair the damage to the vessel after the incident.

    d) Maverick Yacht Management, LLC
       c/o Famulari, Butto & Higginbottom, PLLC
       2332 Galiano Street 2nd Floor
       Coral Gables, FL 33134
       Tel: (305) 728-7082
       *Co-Defendant*

       A representative of Maverick Yacht Management may be called to provide information as to the yacht management agreement, the vessel, the incident causing damage to the vessel.

    e) Johann Faubel
       c/o Famulari, Butto & Higginbottom, PLLC

2332 Galiano Street 2nd Floor
Coral Gables, FL 33134
Tel: (305) 728-7082
*Co-Defendant*

Mr. Faubel may be called to provide information as to the yacht management agreement, the vessel, and the incident causing damage to the vessel.

f) Juan Meireles
c/o Famulari, Butto & Higginbottom, PLLC
2332 Galiano Street 2nd Floor
Coral Gables, FL 33134
Tel: (305) 728-7082
*Co-Defendant*

Mr. Meireles may be called to provide information as to the yacht management agreement, the vessel, and the incident causing damage to the vessel.

g) Chris Wirsing
*Co-Captain for Maverick Yacht Management*

Mr. Wirsing may be called to provide information as to the yacht management agreement, the vessel, and the incident causing damage to the vessel.

h) Hiscox Insurance Company
*General Liability Insurer for Defendant Maverick Yacht Management, LLC*

Representatives from Hiscox Insurance Company may provide information as to the vessel damage, repair costs, and underlying insurance claim.

i) Safe Harbor Lauderdale Marine Center

Representatives from Safe Harbor Lauderdale Marine Center may provide information as to the vessel damage, repair costs, insurance payments, storage/dockage fees, and capabilities of the vessel.

j) Cay Marine
501 NW S. River Dr.
Miami, Florida 33136
*Shipyard that repaired the Vessel after the incident*

Cay Marine is expected to have information about the damage and repairs to the Vessel.

k) Kevin Quinn

>   Elite Marine Surveyors
>   1581 SW 23rd Court
>   Fort Lauderdale, Florida 33315
>   *Provided Condition and Valuation Inspection after the incident*
>
>   Mr. Quinn is expected to have information about the condition of the Vessel and its value after the incident.

ii) **A copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.**

>   Please refer to Plaintiff's bates-labeled production documents.

iii) **A computation of each category of damages claimed by the disclosing party — who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered:**

>   Plaintiffs seek payment for cost to repair the vessel that was damaged in the incident subject to this litigation along with all consequential and compensatory damages resulting from the incident. All other damages, including, but not limited to consequential, special, compensatory, exemplary, attorney fees, and penalties damages will be determined by a court or jury. Regarding attorney's fees, this information will be disclosed in accordance with Rule 54(b) of the Federal Rules of Civil Procedure.
>
>   Attorneys' fees will be calculated on a lodestar basis by multiplying the number of hours reasonably spent by trial counsel by a reasonable hourly rate taking into consideration such other factors including but not limited to the complexity of the work performed, who performed the work, when the work was performed, the experience and reputation of the lawyer(s) performing the work, and whether the work was performed on a contingent or fixed fee basis.

iv) **For inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

>   Hiscox Insurance, General Liability Policy Number UDC-5027434-CVL-21
>   Issued to Johann Fauble, Maverick Yacht Management, LLC.