# ASSIGNMENT OF RIGHT AGREEMENT

This ASSIGNMENT AGREEMENT made this day __10th__ of __December__, by and between Maverick Yacht Management, LLC ("MYM"), Johann Faubel, and Juan Meireles, hereinafter collectively referred to "Assignors," and Mermaid Marine Holdings, LLC, hereinafter "Assignee," a Florida limited liability company, in consideration of the mutual covenants herein contained and other good and valuable consideration, the sufficiency of which is hereby acknowledged, witnesseth:

WHEREAS, on June 18, 2022, Assignor, MYM entered into a Service Agreement (see "Service Agreement, attached as Exhibit "A") with Assignee to manage a 70" Manhattan Sunseeker Yacht referred to as M/V SIRENA ("Vessel"), which was owned by Mermaid.

WHEREAS, on or about September 30, 2022, the Vessel sustained damages that Assignee has alleged was the fault of Assignors and that forms the basis of a lawsuit filed by Assignee against Assignors – Mermaid Marine Holdings, LLC, et al v. Maverick Yacht Management, LLC, et al, U.S. District Court, Southern District of Florida, 1:24-cv-20989 ("Lawsuit").

WHEREAS, after the lawsuit was filed, MYM presented an insurance claim to its liability insurance carrier, Hiscox Insurance Company, Inc. ("Insurance Policy") which denied the claim on the grounds that the liability insurance policy contained a watercraft exclusion. See Hiscox Insurance Company, Inc. Policy, attached as Exhibit "B."

WHEREAS, the Parties have come to the conclusion that MYM has a viable negligence case against the brokerage and/or broker that sold MYM the insurance policy– Stacks Brokerage, Corp. ("Stacks") and MYM's personal broker/agent, Alexander Weaver, who represented himself to Assignors also being employed by Stacks.

WHEREAS, Assignors do not have the financial ability or personal desire to prosecute a legal action against either Stacks or Alexander Weaver to recover damages.

WHEREAS, Assignors wish for Assignee to recover the proceeds of any legal claim or lawsuit that Assignors may assert against Stacks, Alexander Weaver, or any other party that may be responsible for the failure to procure liability insurance on behalf of MYM that would have provided insurance coverage for the incidents that form the basis of the lawsuit.

WHEREAS, Assignee, in accepting this assignment, agrees that Assignee will not seek to recover any money from Assignors before all reasonable efforts to recover money from Stacks or Alexander Weaver are first exhausted.

NOW THEREFORE, Assignors and Assignee agree as follows:

1. Assignors and Assignee hereby agree that Assignors shall assign to Assignee all claims, rights, and other interests that Assignors have against Stacks Brokerage Corp, Alexander Weaver, or any other party that may be responsible for the failure to procure liability

insurance on behalf of Maverick Yacht Management, LLC to provide coverage for the incidents that form the basis of the Lawsuit.

2. Assignee hereby accepts the assignment of all of Assignors' claims, rights, and other interest that Assignors have against Stacks Brokerage Corp, Alexander Weaver, or any other party that may be responsible for the failure to procure liability insurance on behalf of Maverick Yacht Management, LLC to provide coverage for the incidents that form the basis of the Lawsuit.

3. In accepting this assignment, Assignee hereby agrees that Assignee will not seek to recover any money from Assignors before all reasonable efforts to recover money from Stacks Brokerage Corp, Alexander Weaver, or any other party that may be responsible for the failure to procure liability insurance on behalf of Maverick Yacht Management, LLC to provide coverage for the incidents that form the basis of the Lawsuit are first exhausted.

IN WITNESS WHEREOF, the parties execute this Assignment Agreement.

_____
Nick Stocking, on behalf of
Mermaid Marine Holdings, LLC

_____12/9/24_____
Date

_____
Johann Faubel (Dec 10, 2024 16:09 EST)
Johann Faubel, individually and on behalf of
Maverick Yacht Management, LLC

_____12/10/2024_____
Date

_____
Juan Meireles (Dec 10, 2024 16:07 EST)
Juan Meireles, individually and on behalf of
Maverick Yacht Management, LLC

_____12/10/2024_____
Date